### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KRISTRINA SKEENS**, | ) | |
| | ) | |
| **Plaintiff,** | ) | **No: 22CV 1418** |
| | ) | |
| vs. | ) | **Jury Demand** |
| | ) | |
| **ILLINOIS DEPARTMENT OF CORRECTIONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### COMPLAINT
### AS AND FOR A FIRST CAUSE OF ACTION
### (TITLE VII SEXUAL DISCRIMINATION-HOSTILE ENVIRONMENT)

1.  Plaintiff, **KRISTRINA SKEENS** ("SKEENS\"), An employee of **ILLINOIS SEPARTMENT OF CORRECTIONS, ("DOC"),** seeks redress for sex discrimination and a Hostile Work Environment by the Defendant through its agents, in violation of her rights under the Civil Rights Act Title VII.

2.  This is an action under Title VII of the Civil Rights Act of 1964 and as amended by <u>inter alia,</u> the Civil Rights Act of 1991, 42 U.S.C. 2000(e) *et seg*., for the Defendant, DOC having subjected SKEENS to sex discrimination by failure to treat her the same as male employees despite SKEENS' repeated complaints about same.

3.  Jurisdiction of this court is provided by 28 U.S.C. 1331 and 1343.

### PARTIES

4. SKEENS, is a female and an adult person and a resident of Cornell, Livingston County, State of Illinois.

5. SKEENS has been an employee of DOC since October of 1995.

6. DOC is an employer within the meaning of the Civil Rights Act and 42 U.S.C. 2000(e) *et seq*., and has been at all times material to the allegations herein.

## PROCEDURAL FACTS

7. SKEENS filed a discrimination charge against Defendant with the Equal Employment Opportunity Commission (EEOC). That charge was timely filed, under the Title VII of the Civil Rights Act of 1964, 42 U.S.C. A. § 2000e-5(e). (See Exhibit "A")

8. On September 6, 2022, SKEENS received notice from the EEOC of her right to bring this action (see Exhibit "B"), and SKEENS timely filed this action.

## STATEMENT OF CLAIMS

9. SKEENS was hired by DOC on October 2, 1995, since then as a Shift Correctional Supervisor, with the current rank of Major.

10. At all times relevant, SKEENS meets the legitimate expectations of DOC.

11. Beginning in May of 2018 to the present, SKEENS was wrongfully subjected to a hostile work environment, micromanaged, and disciplined however, male employees were treated better in terms and conditions of employment.

12. DOC intentionally subjected SKEENS to unequal and discriminatory treatment by discriminating and harassing SKEENS based on her gender by treating a male employee better in terms and conditions of employment than SKEENS.

13. By engaging in discriminatory conduct, DOC discriminated against SKEENS in violation of 42 U.S.C. 2000(e) as amended.

14. The discriminatory action of DOC as set forth above has caused SKEENS to suffer losses of earnings, and as a further proximate result of DOC' unlawful and intentional discriminatory actions against SKEENS, as alleged above, SKEENS has been harmed in

that SKEENS has suffered in her position, his work environment became impaired. As a further proximate result of DOC's unlawful and intentional discriminatory actions against SKEENS, as alleged above, SKEENS has been harmed in that SKEENS has suffered emotional pain, humiliation, mental anguish, loss of enjoyment of life, and emotional distress. All in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-3 *et seq*; as amended by inter alia the Civil Rights Act of 1991. As a result of such discrimination and consequent harm, SKEENS has suffered such damages in an amount according to proof.

15. SKEENS has no adequate remedy at law to secure relief. If this court does not enter an order for DOC to order cease its illegal acts committed upon SKEENS, SKEENS will be irreparably injured.

16. Further, said action on the part of the DOC was done with malice and reckless disregard for SKEENS's protected rights.

**PRAYER FOR RELIEF**

WHEREFORE, SKEENS prays for judgment as follows:

1. Declare the conduct engaged in by DOC to be in violation of SKEENS's rights;

2. For injunctive relief, including but not limited to relief required to make SKEENS whole for the losses caused by the violations of DOC;

3. For compensatory damages in an amount according to proof;

4. For punitive damages based upon the wrongful conduct of DOC

5. For costs of suit, including reasonable attorney's fees and expert fees, pursuant to 42 U.S.C.A § 12117(a), which incorporates the remedies set forth in Title VII of the Civil Rights Act of 1964, Title 42 U.S.C.A. § 2000e-5(k); and

6. For such other and further relief as the court deems proper.

KRISTINA SKEENS<br>
BY:**Michael T. Smith**<br>
Michael T. Smith<br>
Trial Attorney

Michael T. Smith (ARDC No. 6180407)
**MICHAEL T. SMITH & ASSOCIATES**
10 N. Martingale Road, Suite 400
Schaumburg, Illinois 60173
Telephone: (847) 466-1099
*msmith39950@aol.com*