# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| KRISTINA SKEENS, | ) |
|          Plaintiff, | ) |
| v. | ) Case No. 1:22-cv-01418-MMM |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
|          Defendant. | ) |

## ORDER OF DISMISSAL

With the parties having filed their Stipulation of Dismissal, ECF No. 40, the Court acknowledges that the effect of the Stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is to dismiss this case in its entirety with prejudice and with each party to pay its own costs, expenses, and attorneys' fees.

Accordingly, this case is **DISMISSED, WITH PREJUDICE**.

Entered on June 23, 2025.

                                                       /s/ *Michael M. Mihm*
                                                       Michael M. Mihm
                                                       United States District Judge